UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF WEST VIRGINIA
BECKLEY

IN THE MATTER OF THE SEARCH        )
OF INFORMATION ASSOCIATED WITH     )     CASE NO. 5:21-mj-00034
JDOUGLAS@WVCCC.COM THAT IS STORED  )
AT PREMISES CONTROLLED BY          )
GODADDY.COM, LLC                   )

O R D E R

Having reviewed the United States' Motion to Unseal Search Warrant Documents, it is hereby ORDERED:

1.   The United States Motion to Unseal Search Warrant Documents is hereby GRANTED; and

2   The Application for Search Warrant, Search Warrant and Affidavit, its attachments, the Application for Nondisclosure, the Nondisclosure Order, and the Search Warrant Return shall be UNSEALED.

The Clerk is directed to provide a copy of this Order to the United States Attorney.

_____
Omar J. Aboulhosn
United States Magistrate Judge

Enter: _____
            October 4, 2023